### JAMES DEANER *v.* FRANCIS STORME.

**Judgment—Separate Causes of Action.**
   The rendition of judgment on an amended petition in less than twenty days after the service of process is erroneous, but can only be corrected by motion in the court below.

**Separate Causes of Action.**
   If two notes that are liens on land are both due, they may be declared on in one petition, but they constitute different causes of action

**APPEAL FROM LARUE CIRCUIT COURT.**

September 18, 1874.

OPINION BY JUDGE PRYOR:

The rendition of the judgment on the amended petition in less than twenty days from the service of the summons, although erroneous, was but a clerical misprision, and can only be corrected by motion in the court below. Civ. Code, § 578.

Although both notes are liens upon the land, they constitute separate and distinct promises to pay. If both had been due, they both might have been declared on in the original petition, but still they constitute different causes of action.

It is made clear from the proof that no such contract as is set up in defendant's answer was made between the parties. The judgment is *affirmed.*

*Read & Twyman, for appellant.*
*W. H. Chelf, for appellee.*